JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DMDE PROPERTIES, LP,<br><br>　　　　Defendant. | No. CV 15-4840 PA (ASx)<br><br>JUDGMENT |

　　In accordance with the Court's May 16, 2016 Order granting plaintiff Jose Martinez's ("Plaintiff") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action.

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have judgment against defendant DMDE Properties, LP ("Defendant") in the amount of $4,000 as a single statutory penalty under California Civil Code § 55.56.

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant shall be and hereby is required to provide accessible parking at the real property located at 1611 N. Vermont Avenue, North Hollywood, California, in compliance with the Americans with Disabilities Act and all applicable Disabilities Act Architectural Guidelines for Buildings

and Facilities standards, including 28 C.F.R. Pt. 36, App. D, §§ 4.1.2(5), 4.6.2 and 36 C.F.R. Pt. 1191, App. C, §§ 208, 502.4.

DATED: May 16, 2016

_____
Percy Anderson
United States District Judge